## AVERY et al. v. WAHL.

No. 17261—Opinion Filed Jan. 4, 1927.

Error from District Court, Oklahoma County; Wm. H. Zwick, Judge.

Action between Cyrus S. Avery et al. and Eddy Wahl. From the judgment, the former bring error. Reversed and remanded.

Chas. Hill Johns, Asst. Atty. Gen., for plaintiffs in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.